**James C. Mahan**
**U.S. District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY FLANAGAN,

        Plaintiff,

v.

SILVER STATE SCHOOLS CREDIT UNION, et al.,

        Defendants.

2:11-CV-0077 JCM (NJK)

**ORDER**

Presently before the court is the case of *Flanagan v. Silver State Schools Credit Union et al.* (2:11-cv-00077-JCM-NJK).

On October 30, 2013, pursuant to Local Rule 41-1, the clerk of the court sent a notice to plaintiff stating that if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. # 16). Plaintiff had until November 29, 2013, to timely prosecute this case–plaintiff failed to do so.

On November 4, 2013, the court received notice that the 41-1 notice sent to plaintiff was returned as undeliverable. Additionally, all notices sent to plaintiff since April 6, 2012 have been returned to the court in a similar fashion. Local Rule of Special Proceedings 2-2 states that, in a 42 U.S.C. § 1983 case such as this one, "[t]he plaintiff shall immediately file with the [c]ourt written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this [r]ule may result in dismissal of

the action with prejudice."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Flanagan v. Silver State Schools Credit Union et al.* (2:11-cv-00077-JCM-NJK) be, and the same hereby is, DISMISSED with prejudice.

DATED January 23, 2014.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -